IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **10-cr-316-JLK**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

**JOEL CHAVIRA-NUNEZ,**

        Defendant.

---

## MINUTE ORDER

Judge John L. Kane **ORDERS**

In light of the parties' agreement reflected in the Government's Dec. 2, 2011 Status Report (Doc. 134), this matter is set for a Status Conference/Trial Setting on Tuesday, December 20, 2011, at 9:00 a.m., in Courtroom A-802, Alfred A. Arraj U.S. District Courthouse, 901 19th St., Denver CO, 80294.

---

Dated: December 5, 2011