IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. 13-cv-02489-JLK
Criminal Action No. 10-cr-00316-JLK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.    JOEL CHAVIRA-NUNEZ,

      Defendant.

## ORDER

Kane, J.

After preliminary consideration of the defendant's motion under 28 U.S.C. § 2255 to set aside, vacate, or correct his sentence, it is now

ORDERED that the United States Attorney, on or before November 13, 2013, shall file an answer or other pleading directed to the motion pursuant to Rule 4 of the Rules Governing § 2255 Proceedings.

Dated: September 20, 2013

                                          **s/John L. Kane**
                                          SENIOR U.S. DISTRICT JUDGE